Name: Jermaine Gomes
Address: 234 W Adams #426
Los Angeles CA 90007
Phone: 954 687 7941
Fax:

In Pro Per

FILED
2023 SEP -7 PM 4:12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jermaine Gomes

Plaintiff

v.

John Doe
Jane Doe

Defendant(s).

CASE NUMBER: 2:23-cv-07428-PA (AGRx)

Hate Crimes Act Lynching Complaint

Hate crime involving race, religion, national origin, gender, sexual orientation, disability, acting under color of law, willfully, causing bodily injury, using dangerous weapons, resulting in death, and includes kidnapping attempts, violent sexual assault, and attempts to kill, interstate, internationally, Lynching, Conspiracy, Attorney General prosecution in public interest and necessary to secure substantial justice.

Sep. 7 2023

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT